IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KATHLEEN SCHUKNECHT,

    Plaintiff,

v.                            CASE NO.: 4:10v190-SPM/WCS

STATE OF FLORIDA, DEPARTMENT
OF FINANCIAL SERVICES,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed with prejudice pursuant to the parties' Stipulation of Dismissal with Prejudice (doc. 12) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the clerk shall close this case.

SO ORDERED this 23rd day of June, 2010.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge